# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> WARDEN, <br><br> Respondent. | Case No. CV 14-0749-AB (JEM) <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that: (1) the Court accepts the findings and conclusions in the minute orders dated July 15, 2014, July 23, 2014, August 8, 2014, and April 23, 2015; (2) the First Amended Petition is denied; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED: August 28, 2017

ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE