# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. HERNANDEZ, | Case No. CV 14-0749-AB (JEM) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| WARDEN, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: August 28, 2017

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE